| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF MARYLAND |
| Case number *(if known)* _____  Chapter  **7** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy       06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Nocha Besser, LLC |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 85-4347405 |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **6114 Greenspring Avenue** **Baltimore, MD 21209** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Baltimore City** County | **Location of principal assets, if different from principal place of business** **1400 Madison Avenue Baltimore, MD 21217** Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ |

Debtor  **Nocha Besser, LLC**　　　　　　　　　　　　　　　Case number (*if known*)　_____
　　　　　　Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ A plan is being filed with this petition.

　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☐ No.

■ Yes.

| | District | **Maryland** | When | **2/07/23** | Case number | **23-10820** |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

Debtor **Nocha Besser, LLC**　　　　　　　　　　　　　　　　　　　Case number (*if known*)
　　　　Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
　　What is the hazard?
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other

**Where is the property?** _____
　　　　　　　　　　　　　　Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
　　　　Contact name _____
　　　　Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.
■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

■ $0 - $50,000
☐ $1,000,001 - $10 million
☐ $500,000,001 - $1 billion

Official Form 201　　　　**Voluntary Petition for Non-Individuals Filing for Bankruptcy**　　　　page 3

Debtor   **Nocha Besser, LLC**                                                    Case number (*if known*)
                Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **Nocha Besser, LLC**
      Name

Case number (*if known*) _____

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **June  5, 2024**
               MM / DD / YYYY

**X** **/s/ Yosef Lefkowitz**
Signature of authorized representative of debtor

**Yosef Lefkowitz**
Printed name

Title  **Sole Member**

**18. Signature of attorney**

**X** **/s/ Aryeh E. Stein**
Signature of attorney for debtor

Date  **June  5, 2024**
     MM / DD / YYYY

**Aryeh E. Stein**
Printed name

**Meridian Law, LLC**
Firm name

**1212 Reisterstown Road**
**Baltimore, MD 21208**
Number, Street, City, State & ZIP Code

Contact phone  **443-326-6011**   Email address  **astein@meridianlawfirm.com**

_____
Bar number and State

# CERTIFICATE OF RESOLUTIONS OF
# NOCHA BESSER, LLC

I, Yosef Lefkowitz, the undersigned Member of Nocha Besser, LLC, hereby certifies that on or before June 5, 2024 the following resolutions were adopted by the members (the "Members") of Nocha Besser, LLC and recorded in the minute book of Nocha Besser, LLC, and that they have not been amended, modified or rescinded and, accordingly, are in full force and effect.

RESOLVED, that in the judgment of the Members, it is desirable and in the best interests of Nocha Besser, LLC, its creditors and other interested parties that a petition be filed by Nocha Besser, LLC seeking relief under the provisions of Chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code"); and it is

RESOLVED FURTHER, that the Member is authorized and empowered on behalf of, and in the name of, Nocha Besser, LLC to execute and verify or certify a petition under Chapter 7 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the District of Maryland at such time as the Member executing the same shall determine; and it is;

RESOLVED FURTHER, that the Member is authorized and empowered on behalf of, and in the name of, Nocha Besser, LLC to execute and file all petitions, schedules, lists, and other papers and to take any and all action that the Member may deem necessary and proper in connection with Nocha Besser, LLC's Chapter 7 case; and it is

RESOLVED FURTHER, that the law firm of Meridian Law, LLC be employed as attorneys for Nocha Besser, LLC in its Chapter 7 case under a general retainer; and it is

RESOLVED FURTHER, that the Member is authorized and empowered on behalf of, and in the name of, Nocha Besser, LLC to retain and employ other attorneys, investment bankers, accountants, consultants and other professionals to assist in Nocha Besser, LLC's Chapter 7 case on such terms as such member deems necessary, proper and desirable; and it is

RESOLVED FURTHER, that the Member is, together with any employees or agents, including counsel, designated by or directed by such officer, authorized and empowered on behalf of, and in the name of, Nocha Besser, LLC to enter into, execute, deliver, certify, file, record and perform such Chapter 7 petition, and to take such other actions, as in the judgment of such officer shall be or become necessary, proper and desirable to successfully complete Nocha Besser, LLC's Chapter 7 case, to effectuate the restructuring of Nocha Besser, LLC's debt, other obligations, organizational form and structure, and ownership of Nocha Besser, LLC consistent with the foregoing resolutions,

and to carry out and put into effect the purposes of the foregoing resolutions, and the transactions contemplated by these resolutions, their authority thereunto evidenced by the taking of such actions.

Dated:  June 5, 2024

                                              Nocha Besser, LLC

                                BY:    /s/ Yosef Lefkowitz
                                                  Yosef Lefkowitz, Member

# United States Bankruptcy Court
### District of Maryland

In re  **Nocha Besser, LLC**　　　　　　　　　　　　　　　Case No. _____
　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　Chapter  **7**

## VERIFICATION OF CREDITOR MATRIX

I, the Sole Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **June 5, 2024**　　　　　　　　　　**/s/ Yosef Lefkowitz**
　　　　　　　　　　　　　　　　　　　　　**Yosef Lefkowitz**/**Sole Member**
　　　　　　　　　　　　　　　　　　　　　Signer/Title

```
City of Baltimore
200 Holiday Street
Baltimore, MD 21202


Comptroller Of Maryland
110 Carroll Street
Revenue Administration Division
Annapolis, MD 21411


Comptroller of the Treasury
301 West Preston Street
Room 410
Baltimore, MD 21201


Internal Revenue Service
Centralized Insolvency Operation
PO Box 7317
Philadelphia, PA 19101


Orlans PC
1602 Village Market Boulevard, SE
Suite 310
Leesburg, VA 20175


Wilmington Trust Savings Fund Society
500 Delaware Avenue
11th Floor
Wilmington, DE 19801
```

# United States Bankruptcy Court
## District of Maryland

In re  **Nocha Besser, LLC**
Debtor(s)

Case No.
Chapter  **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Nocha Besser, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**June 5, 2024**
Date

**/s/ Aryeh E. Stein**
**Aryeh E. Stein**
Signature of Attorney or Litigant
Counsel for  **Nocha Besser, LLC**
**Meridian Law, LLC**
**1212 Reisterstown Road**
**Baltimore, MD 21208**
**443-326-6011 Fax:410-653-9061**
**astein@meridianlawfirm.com**